THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALBEIRO VALENCIA, Respondent.

Submitted March 1, 2010; decided March 25, 2010

Motion for assignment of counsel granted and Marianne Karas, Esq., PO Box 277, Armonk, New York 10504 assigned as counsel to the respondent on the appeal herein.